# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| CAFÉ PATACHOU AT CLAY TERRACE, LLC, MONON HOLDING, LLC, NAPOLESE AT 30 SOUTH, LLC, NAPOLESE OF KEYSTONE CROSSING, LLC, NAPOLESE, LLC, PATACHOU, INC., PATACHOU AT 49TH AND PENN, LLC, PATACHOU AT HAZEL DELL, LLC, PATACHOU ON THE PARK, LLC, PATACHOU PROVISIONS, LLC, PETITE CHOU AT BROAD RIPPLE, LLC, PUBLIC GREENS CHQ, LLC, and PUBLIC GREENS FASHION MALL, LLC, | Case No.: 1:20-cv-1462 <br><br> Removed from Marion County Superior Court |
| Plaintiffs, | Case No. 49D01-2004- PL-014126 |
| v. | |
| CITIZENS INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

## NOTICE OF PENDING STATE COURT MOTIONS

Please take notice that pursuant to Local Rule 81-2(d), Defendant, Citizens Insurance Company of America, hereby advises that there are no pending state court motions in the above-captioned matter.

Dated: May 20, 2020           TRESSLER, LLP

                              By: /s/ William K. McVisk
                                  Attorney for Defendant
                                  Citizens Insurance Company of America

William K. McVisk
Tressler, LLP
*Attorney for Defendant, Citizens Insurance Company of America*
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
312-627-4000
wmcvisk@tresslerllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, a copy of foregoing NOTICE OF PENDING STATE COURT MOTIONS was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: May 20, 2020	TRESSLER, LLP


By:  /s/ William K. McVisk
　　　Attorney for Defendant
　　　Citizens Insurance Company of America

William K. McVisk
Tressler, LLP
*Attorney for Defendant, Citizens Insurance Company of America*
233 S. Wacker Drive, 61st Floor
Chicago, Illinois 60606
312-627-4000
wmcvisk@tresslerllp.com


4814-4134-9307, v. 1

2